UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOB KRIST,<br><br>                    Plaintiff,<br><br>-against-<br><br>MCGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC, et al.,<br><br>                    Defendants. | No. 17 Civ. 8200 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Counsel for Defendants shall inform the Court by letter no later than May 22, 2020, of their position on Plaintiff's letter dated May 15, 2020.

**SO ORDERED.**

Dated:   New York, New York
         May 18, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1