```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| BOB KRIST,<br><br>                Plaintiff,<br><br>-against-<br><br>MCGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC, et al.,<br><br>                Defendants. | No. 17 Civ. 8200 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendants' letter dated May 22, 2020 [dkt. no. 70] withdrawing their letter motions for judgment on the pleadings [dkt. nos. 46, 60]. In light of Defendants' letter, those motions are administratively terminated.

    Counsel shall confer pursuant to Rule 26(f) and shall appear telephonically for a Rule 16 conference on June 25, 2020, at 11:00 a.m. EST. The dial-in for that conference is (888) 363-4734, access code: 4645450. The parties are directed to call in promptly at 11:00 a.m.

**SO ORDERED.**

Dated:   New York, New York
           May 22, 2020

                                     _/s/ Loretta A. Preska_____
                                     LORETTA A. PRESKA
                                     Senior United States District Judge